Court, Appellate Division, Fourth Department. January 12, 1916.) Appeal dismissed, with costs (except argument fee) to relator against appellant, upon stipulation filed.

PEOPLE, etc., ex rel. Conrad FLAD, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE, etc., ex rel. Richard D. GODLEY, relator, v. Henry S. THOMPSON, as Commissioner, etc., respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Determination confirmed and writ dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

PEOPLE ex rel. Leo KIESLER v. Henry MOSKOWITZ et al. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, without costs. Order filed.

PEOPLE ex rel. Dominick LAMBIENTE v. George H. BELL, as Commr. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. Michael A. LYNCH v. Arthur WOODS, as Commr. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. McCREA, Appellant, v. POLICE COM'R OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Proceeding by the People of the State of New York, on the relation of George McCrea, against the Police Commissioner of the City of New York. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. Stephen J. MADIGAN v. Moses McKEE et al. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motions granted, without costs. Orders filed.

PEOPLE ex rel. Thomas O'GRADY, relator, v. BOARD OF SUPERVISORS OF NIAGARA COUNTY, defts. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Writ of certiorari sustained, with $50 costs and disbursements to relator, and the accounts presented by the relator remitted to the board of supervisors of Niagara County for audit pursuant to law. See opinion by Merrell, J., in case of People ex rel. Watts et al., v. Board of Supervisors of Niagara County, 156 N. Y. Supp. 148, decided December 1, 1915. All concur.

PEOPLE ex rel. RUTLAND RAILROAD, respt., v. Charles R. ASHLINE et al., as assessors, etc., applts. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment and order unanimously affirmed, with costs.

PEOPLE of the State of New York ex rel. Edward B. SAVAGE, relator, respt., v. Richard H. HUTCHINGS, as superintendent of St. Lawrence State Hospital for the Insane, applt., Hood Rubber Company, Fred C. Hood, and employés of the Hood Rubber Company, appearing in opposition to the application, applts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Orders affirmed, with $50 costs and disbursements against the Hood Rubber Company. All concur, except Woodward, J., dissenting.

PEOPLE ex rel. Lewis U. SEGEE v. Nicholas J. HAYES, as Commr. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. Daniel D. SHEEHAN v. Robert J. MOOREHEAD as Supt., etc. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

PEOPLE, etc., ex rel. Lena SILVERSTEIN, respondent-appellant, v. WARDEN, etc., of Bedford Reformatory, appellant; People of the State of New York, appellants. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Order sustaining writ, but remanding relator for a proper and legal sentence, affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur. See, also, 155 N. Y. Supp. 1133.

PEOPLE ex rel. Gladys UKERS, Respt., v. William H. UKERS, Applt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Order affirmed. No opinion. Order filed.

PEOPLE ex rel. WALTERS, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Proceeding by the People of the State of New York, on the relation of Aloysius H. Walters, against William A. Prendergast, as Comptroller. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. Aloysius H. WALTERS v. William A. PRENDERGAST, as Comptr. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted. Order filed.

In re PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) In the matter of the voluntary dissolution of the